428 A.2d 246

Commonwealth v. Gondak, Appellant.

Argued November 14, 1979.
Irving M. Green, for appellant; Charles W. Johns, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Judgment of sentence is affirmed.